

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2019

No. 04-18-00603-CR

Brian Dwayne **WILLIAMS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-1568-CR-C
Honorable Jessica Crawford, Judge Presiding

# O R D E R

Court reporter Lori Schmid has filed a third request for an extension of time to file the reporter's record. The request is GRANTED. The reporter's record is due on or before February 6, 2019.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2019.

KEITH E. HOTTLE,
Clerk of Court